# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts  **Category No.** II  **Investigating Agency** ATF

**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 24-MJ-1051-DLC
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes   ☑ No

**Defendant Name:** Ritchie LAFOND   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** 2894 Washington Street, Boston, MA

**Birth date (Yr only):** 1977   **SSN (last 4#):** 6030   **Sex:** Male   **Race:** Black   **Nationality:** _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** Michael Crowley   **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at Suffolk County   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/1/2024   **Signature of AUSA:** /s/Michael Crowley

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Ritchie LAFOND

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled subtances | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013